# CRIMINAL CALENDAR CALL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 19-20123-CR-MORENO        Date: May 21, 2019

Clerk: **Shirley Christie**        Reporter: **Gilda Pastor-Hernandez**

USPO: N/A        Interpreter: N/A

**UNITED STATES OF AMERICA vs.** Gaspar Huerta; Carlos Duran and Douglas Marin

AUSA: Yvonne Rodriguez-Schack

Defendant(s) Counsel: Ian McDonald, AFPD; Silvia Pinera-Vazquez, Esq.; Phil Horowitz, Esq. covering for Victor Rocha, Esq.

**Defendant(s):**   Present____   Not Present xxx        In Custody____

Reason for hearing: **Calendar Call for the two-week trial period beginning:**

May 28, 2019

Result of hearing: **Defendants' *ore tenus* Motion to Continue Trial Date [D.E. 22] is GRANTED.**

**Time is EXCLUDABLE pursuant to 18 U.S.C. § 3161(h)(8)**

**Trial is continued to the two-week period of:** June 24, 2019   @ 9:00 AM

**Calendar call is set for :** June 18, 2019   @ 2:00 PM, written order to follow.

MISC: _____

TIME:   15 minutes