UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20123-CR-SMITH

**UNITED STATES OF AMERICA**

vs.

**GASPAR HUETRA ESTRADA, and
CARLOS DURAN HERNANDEZ**

　　　　Defendants.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On February 16, 2019, while on patrol in the Eastern Pacific, a Marine Patrol Aircraft detected a go-fast vessel (GFV) with two outboard engines, covered with a blue tarp, approximately 307 nautical miles southeast of Lazaro Cardenas, Mexico, in international waters and upon the high seas. United States Coast Guard (USCG) Cutter STEADFAST was nearby and diverted to investigate.

The STEADFAST launched two USCG boarding teams in two over the horizon (OTH) boats to investigate. A USCG boarding team located the GFV and observed that it was dead in the water. The USCG boarding team then observed two occupants remove part of the tarp. These two occupants were at the engine and steering controls for the GFV, and were later identified as defendants Gaspar HUETRA ESTRADA and Carlos DURAN [DIAZ struck through] HERNANDEZ. The two defendants attempted to maneuver the GFV to get away from the USCG boarding team. The tarp

became entangled in the GFV's propellers, completely removing it from the GFV, and revealing third occupant and numerous black packages.   Officers from the OTHs boarded the GFV.

The GFV had no bore no registration, flag, or any indicia of nationality.  No registration documents were fond aboard the vessel.  The Coast Guard officers asked each of the three crewmembers aboard the GFV, individually, in Spanish and English, if they were the master ~~or person in charge~~, as well as if they wanted to make a claim of nationality for the GFV.  None provided a response.   At no time did HUETRA ESTRADA or DURAN HERNANDEZ identify themselves as the master or make any claim of nationality for the vessel.

Based on the failure of the three crew members to answers the Coast Guard officers' questions, as well as there being no flag, registration documentation, or indicia of nationality, the Coast Guard determined the vessel to be without nationality.  The USCG boarding team was granted permission to conduct a full law enforcement boarding.

The USCG boarding team detained the crew and searched the vessel.   The boarding team recovered 110 bales, weighing approximately 2,200 kilograms and other personal items on board the GFV.   The USCG tested the substance contained in one of the bales, which tested positive for cocaine.   The packages were sent to the Drug Enforcement Administration Laboratory and further analysis confirmed 2,291 kilograms of cocaine.

All three individuals were subsequently transferred to the STEADFAST and the GFV was sunk as a hazard to navigation.

On March 3, 2019, the USCG transferred custody of HUETRA ESTRADA and DURAN HERNANDEZ to United States law enforcement officers, who, on that same date escorted the three individuals to the Southern District of California where they first entered the United States.

The three individuals were later transferred to the Southern District of Florida.

The parties agree that the defendant is being held accountable for 2,291 kilograms of cocaine.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 10/25/2019          By: _____
                              ANDREA GOLDBARG
                              ASSISTANT UNITED STATES ATTORNEY

Date: 10/25/2019          By: Duran Hernandez
                              CARLOS DURAN HERNANDEZ
                              DEFENDANT

Date: 10/25/2019          By: _____
                              SILVIA PINERA-VAZQUEZ
                              ATTORNEY FOR DEFENDANT